IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:20-CR-00033-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER |
| v. | |
| KEVIN JESUS VAZQUEZ, | |
| Defendant. | |

This matter comes before the court on Defendant's motion to seal docket entry number 71 [DE 72]. Pursuant to Local Criminal Rule 55.2(a) and for the reasons set forth in DE 71, the Defendant's motion is GRANTED. The Clerk of the Court is directed to maintain the document at DE 71 under seal until further order of the Court. In addition, the Clerk shall provide copies of this order to the parties' counsel.

SO ORDERED this 10th day of February, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE